IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVAH WICKBOLDT,

      Appellant,

v.

CLERK OF COURT,
ESCAMBIA COUNTY,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4048

_____/

Opinion filed April 1, 2016.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Alvah Wickboldt, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Susan A. Woolf, Pensacola, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, BILBREY, and JAY, JJ., CONCUR.